RANDY RENICK (CA Bar No. 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (CA Bar No. 207435)
(Email: cdai@hadsellstormer.com)
SARAH CAYER (CA Bar No. 334166)
(Email: scayer@hadsellstormer.com)
**HADSELL STORMER RENICK & DAI LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079
*Attorneys for Plaintiffs Louis Butel and Pam Mocherniak*

[*Additional counsel listed on the next page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BUTEL and PAM MOCHERNIAK, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON REFINING AND LOGISTICS SERVICES LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-04547-DSF-JPR<br><br>**NOTICE OF ERRATA RE EXHIBIT 1 TO DECLARATION OF KIRK MARANGI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   March 25, 2024<br>Time:   1:30 p.m.<br>Crtrm:  7D<br>Judge:  Hon. Dale S. Fischer<br><br>Action Filed:  May 4, 2023<br>Trial Date:    February 4, 2025 |

1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  JOSHUA F. YOUNG (CA Bar No. 232995)
   (Email: jyoung@gslaw.org)
3  NICOLE GRINSTEIN (CA Bar No. 320889)
   (Email: ngrinstein@gslaw.org)
4  EMILY OLIVENCIA-AUDET (CA Bar No. 342116)
   (Email: eolivencia@gslaw.org)
5  **GILBERT & SACKMAN**
   **A LAW CORPORATION**
6  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
7  Telephone: (323) 938-3000
   Fax: (323) 937-9139
8

NOTICE OF ERRATA / CASE NO. 2:23-CV-04547-DSF-JPR

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on January 8, 2024, Plaintiffs inadvertently did not include Exhibit 1, Kirk Marangi's CV, with Plaintiffs' filing of the Declaration of Kirk Marangi in Support of Plaintiffs' Motion for Class Certification (Dkt. 41-8). Attached is a copy of Kirk Marangi's declaration, as filed on January 8, 2024, with Exhibit 1. No changes have been made to Kirk Marangi's declaration or to Plaintiffs' Motion for Class Certification.

Dated: January 19, 2024

Respectfully submitted,

**GILBERT & SACKMAN**
A Law Corporation

**HADSELL STORMER RENICK & DAI LLP**


By: */s/ Randy Renick*
      Randy Renick
      *Attorneys for Plaintiffs*