GIBSON, DUNN & CRUTCHER LLP
CATHERINE A. CONWAY, SBN 98366
  CConway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
  JCripps@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  BHamburger@gibsondunn.com
TIFFANY PHAN, SBN 292266
  TPhan@gibsondunn.com
MADELEINE F. MCKENNA, SBN 316088
  MMcKenna@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
MARATHON REFINING LOGISTICS SERVICES LLC
(erroneously sued as MARATHON REFINING AND LOGISTICS SERVICES LLC)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BUTEL and PAM MOCHERNIAK, individually and on behalf of all similarly situated current and former employees,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARATHON REFINING AND LOGISTICS SERVICES LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:23-cv-04547-DSF-JPR<br><br>**JOINT STIPULATION SETTING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Discovery Cut-Off: 6/3/2024<br>Pretrial Conference: 1/6/2025<br>Trial Date: 2/4/2025 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Louis Butel and Pam Mocherniak ("Plaintiffs") and Defendant Marathon Refining Logistics Services LLC ("Defendant") (collectively, the "Parties") have met and conferred, and have reached the below stipulation setting the briefing scheduling and hearing date for Defendant's motion for summary judgment;

WHEREAS, in accordance with the Court's Scheduling Order (Dkt. 29), the cut-off date for hearing of motions is October 28, 2024, and all motions must be noticed so that the hearing takes place on or before the motion cut-off date;

WHEREAS, at a meet and confer between the parties on Friday, July 26, 2024, Defendant informed Plaintiffs it intended to move for summary judgment;

WHEREAS, at and after the meet and confer, the Parties discussed and agreed to a briefing schedule and hearing date for Defendant's motion for summary judgment.

The Parties respectfully request that this Court enter an order setting the following schedule:

| Event | Deadline |
|---|---|
| Deadline for Defendant to File Motion for Summary Judgment | September 6, 2024 |
| Deadline for Plaintiffs to File Opposition to Defendant's Motion for Summary Judgment | September 27, 2024 |
| Deadline for Defendant to File Reply ISO Motion for Summary Judgment | October 11, 2024 |
| Hearing Date for Defendant's Motion for Summary Judgment | October 28, 2024, 1:30 p.m. |

**IT IS SO STIPULATED**.

DATED: August 12, 2024

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Tiffany Phan*
Catherine A. Conway
Jesse A. Cripps
Bradley J. Hamburger
Tiffany Phan
Madeleine F. McKenna

Attorneys for Defendant MARATHON REFINING LOGISTICS SERVICES LLC

DATED: August 12, 2024

GILBERT & SACKMAN
A LAW CORPORATION

By: */s/ Joshua F. Young*
Jay Smith
Joshua F. Young
Nicole Grinstein

Attorneys for Plaintiffs LOUIS BUTEL and PAM MOCHERNIAK

**SIGNATURE ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

I hereby attest that I have obtained the concurrences of each of the above signatories for the e-filing of this Joint Stipulation Setting Schedule for Defendant's Motion for Summary Judgment.

DATED: August 12, 2024

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Tiffany Phan*
    Catherine A. Conway
    Jesse A. Cripps
    Bradley J. Hamburger
    Tiffany Phan
    Madeleine F. McKenna

Attorneys for Defendant MARATHON REFINING LOGISTICS SERVICES LLC