GIBSON, DUNN & CRUTCHER LLP
CATHERINE A. CONWAY, SBN 98366
  CConway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
  JCripps@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  BHamburger@gibsondunn.com
TIFFANY PHAN, SBN 292266
  TPhan@gibsondunn.com
MADELEINE MCKENNA, SBN 316088
  MMcKenna@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant
MARATHON REFINING LOGISTICS
SERVICES LLC (erroneously sued as
MARATHON REFINING AND
LOGISTICS SERVICES LLC)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BUTEL and PAM MOCHERNIAK, individually and on behalf of all similarly situated current and former employees,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARATHON REFINING AND LOGISTICS SERVICES LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:23-cv-04547-DSF-JPR<br><br>**DEFENDANT MARATHON REFINING LOGISTICS SERVICES LLC'S NOTICE OF SERVICE OF NOTICE TO STATE AND FEDERAL OFFICIALS PURSUANT TO CLASS ACTION FAIRNESS ACT** |

Gibson, Dunn &
Crutcher LLP

NOTICE OF SERVICE OF CAFA NOTICE

Defendant Marathon Refining Logistics Services LLC ("Defendant") respectfully reports as follows:

Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), on October 27, 2025, Defendant notified the appropriate federal and state officials of its proposed settlement with Plaintiffs in this action.  An example of the notice that Defendant sent to the Attorney General of the United States and State attorneys general is attached as Exhibit A.

Dated:  October 29, 2025                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*
                                        Catherine A. Conway
                                        Jesse A. Cripps
                                        Bradley J. Hamburger
                                        Tiffany Phan
                                        Madeleine F. McKenna

                                        Attorneys for Defendant
                                        MARATHON REFINING LOGISTICS
                                        SERVICES LLC (erroneously sued as
                                        MARATHON REFINING AND
                                        LOGISTICS SERVICES LLC)

Gibson, Dunn & Crutcher LLP

2

NOTICE OF SERVICE OF CAFA NOTICE