UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-04547 DSF (JPRx) | Date | November 17, 2025 |
|---|---|---|---|
| Title | Louis Butel et al v. Marathon Refining Logistics Services LLC et al | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Patricia Kim | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Randall R. Renick<br>Joshua F. Young | Tiffany X. Phan |

**Proceedings:** MOTION HEARING (Non-Evidentiary – Held and Completed)

    MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [108]

    The matter is called and counsel state their appearances. The Court and counsel confer as stated on the record. The parties shall submit a proposed order with dates for all relevant events.