RANDY RENICK (CA Bar No. 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (CA Bar No. 207435)
(Email: cdai@hadsellstormer.com)
SARAH CAYER (CA Bar No. 334166)
(Email: scayer@hadsellstormer.com)
**HADSELL STORMER RENICK & DAI LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079

Attorneys for Plaintiffs
LOUIS BUTEL and PAM MOCHERNIAK

[*Additional Counsel on next page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BUTEL and PAM MOCHERNIAK individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON REFINING AND LOGISTICS SERVICES LLC, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:23-cv-04547-DSF-JPR<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**<br><br>Complaint Filed: May 4, 2023<br>Second Amended<br>Complaint:     September 29, 2023<br>Trial Date:     Not set |

JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
JOSHUA F. YOUNG (CA Bar No. 232995)
(Email: jyoung@gslaw.org)
EMILY OLIVENCIA-AUDET (CA Bar No. 342116)
(Email: eolivencia@gslaw.org)
**GILBERT & SACKMAN, A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

Attorneys for Plaintiffs
LOUIS BUTEL and PAM MOCHERNIAK

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Louis Butel and Pam Mocherniak, individually and on behalf of all similarly situated current and former employees, hereby lodge the attached [PROPOSED] Order Granting Preliminary Approval of Settlement Agreement.

DATED: November 20, 2025         Respectfully submitted,

          HADSELL STORMER RENICK & DAI LLP

          GILBERT & SACKMAN, A LAW CORPORATION

          */s/- Randy Renick*
          Randy Renick
          Attorneys for Plaintiffs